IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*<br><br>*Defendants*. | | Case No. 8:25-cv-03777 |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| | Exhibit | Attachment | Attachment Description | Attachment Page Number to Exhibit |
|---|---|---|---|---|
| | Declaration of Anna Baldwin in Support of Plaintiffs Motion for Preliminary Injunction | | | |
| 1 | Policy Alert: Voter Registration at Administrative Naturalization Ceremonies (PA-2025-21) (USCIS, Aug. 29, 2025) | | | |
| 2 | Interim Memo for Comment, Model Plan for Administrative Naturalization Ceremonies; Adjudicator's Field Manual (AFM) Update AD 10-53 (PM-602-0014) (USCIS Dec. 16, 2010, posted Dec. 20, 2010) | | | |
| 3 | Policy Memorandum, Model Plan for Administrative Naturalization Ceremonies; Revision to Adjudicator's Field Manual (AFM) Chapter 75.3; AFM Update AD10-53 (PM-602-0014.1) (USCIS Sept. 20, 2011) | | | |

| | | | | |
|---|---|---|---|---|
| 4 | Excerpts of Volume 12, Part J, Chapter 5 of the USCIS Policy Manual, current on September 26, 2018 | | | |
| 5 | Excerpts of Volume 12, Part J, Chapter 5 of the USCIS Policy Manual, current on November 23, 2021 | | | |
| 6 | Declaration of Celina Stewart, Chief Executive Officer of the League of Women Voters | | | |
| 7 | Declaration of Beth Hendrix, Executive Director of the League of Women Voters of Colorado | | | |
| 8 | Declaration of Jessica Burns, Executive Director for the League of Women Voters of New Jersey | | | |
| 9 | Declaration of Jeri Olejniczak Cabot, Co-President of the League of Women Voters of the Charleston Area | A | Sep. 4, 2025 Email from USCIS | 12 |
| | | B | Local Election Officials' Email Chain | 14 |
| 10 | Declaration of Margaret "Peg" Schrader, President of the League of Women Voters of Milwaukee County | A | Dec. 8, 2023 Approval Letter from USCIS | 15 |
| | | B | Aug. 29, 2025 Email from Mary Jo McDonald | 18 |
| | | C | Sep. 29, 2025 Emails from USCIS | 21 |
| | | D | Oct. 13, 2025 Email from Milwaukee Election Commission | 25 |
| 11 | Declaration of Lori Dawson, President of the League of Women Voters of Saratoga County | | | |
| 12 | Declaration of Karen Anne Crowley, President of the | A | Sep. 23, 2025 Email from USCIS | 6 |

|    | League of Women Voters of Washington | B | Sep. 24, 2025 Email from Sally Phillips | 9 |
|----|---------------------------------------|---|------------------------------------------|---|
| 13 | USCIS Form N-401 (Aug. 17, 2023)      |   |                                          |   |

Dated: December 17, 2025

Respectfully submitted,

/s/ *Bruce V. Spiva*
Bruce V. Spiva (D. MD. Bar No. 17523)
Danielle Lang*
Anna Baldwin*
Alexandra Copper*
Valencia Richardson*
Renata O'Donnell*
Rachel Appel*
Daniel Brophy*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
bspiva@campaignlegalcenter.org
dlang@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
acopper@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
rappel@campaignlegalcenter.org
dbrophy@campaignlegalcenter.org

* Admitted *pro hac vice*