IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.* <br><br> *Defendants*. | Case No. 8:25-cv-03777 |

**DECLARATION OF ANNA BALDWIN IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

I, Anna Baldwin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and competent to make this declaration. I am an attorney with Campaign Legal Center and am admitted to practice law in the District of Columbia, New York, and various federal courts. I am admitted *pro hac vice* in the above-captioned matter and am an attorney for Plaintiffs. I submit this declaration to provide the Court with true and correct copies of certain documents submitted in connection with Plaintiffs' Motion for Preliminary Injunction.

2. Exhibit 1 is a true and correct copy of the challenged agncy action, Policy Alert: Voter Registration at Administrative Naturalization Ceremonies (PA-2025-21) (USCIS, Aug. 29, 2025), which Plaintiffs refer to as the "Voter Registration Ban."

3. Exhibit 2 is a true and correct copy of the Interim Memo for Comment, Model Plan for Administrative Naturalization Ceremonies; Adjudicator's Field Manual (AFM) Update AD 10-53 (PM-602-0014) (USCIS Dec. 16, 2010, posted Dec. 20, 2010).

1

4. Exhibit 3 is a true and correct copy of Policy Memorandum, Model Plan for Administrative Naturalization Ceremonies; Revision to Adjudicator's Field Manual (AFM) Chapter 75.3; AFM Update AD10-53 (PM-602-0014.1) (USCIS Sept. 20, 2011).

5. Exhibit 4 is a true and correct copy of excerpts of Volume 12, Part J, Chapter 5 of the USCIS Policy Manual, current on September 26, 2018, as retrieved from https://immpolicytracking.org/policies/uscis-provides-guidance-on-voter-registration-services-in-conjunction-with-naturalization-ceremonies/#/tab-policy-documents (last checked Dec. 17, 2025).

6. Exhibit 5 is a true and correct copy of excerpts of Volume 12, Part J, Chapter 5 of the USCIS Policy Manual, current on November 23, 2021, as retrieved from https://niwaplibrary.wcl.american.edu/wp-content/uploads/Policy-Manual-_-USCIS.pdf (last checked Dec. 17, 2025).

7. Exhibit 6 is a true and correct copy of the Declaration of Celina Stewart, Chief Executive Officer of the League of Women Voters.

8. Exhibit 7 is a true and correct copy of the Declaration of Beth Hendrix, Executive Director of the League of Women Voters of Colorado.

9. Exhibit 8 is a true and correct copy of the Declaration of Jessica Burns, Executive Director for the League of Women Voters of New Jersey.

10. Exhibit 9 is a true and correct copy of the Declaration of Jeri Olejniczak Cabot, Co-President of the League of Women Voters of the Charleston Area.

11. Exhibit 10 is a true and correct copy of the Declaration of Margaret "Peg" Schrader, President of the League of Women Voters of Milwaukee County.

12. Exhibit 11 is a true and correct copy of the Declaration of Lori Dawson, President of the League of Women Voters of Saratoga County.

13. Exhibit 12 is a true and correct copy of the Declaration of Karen Anne Crowley, President of the League of Women Voters of Washington.

14. Exhibit 13 is a true and correct copy of USCIS Form N-401 (Aug. 17, 2023).

Dated: December 17, 2025                    Respectfully submitted,

*/s/ Anna Baldwin*

_____
Anna Baldwin
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
abaldwin@campaignlegalcenter.org