# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*<br><br>*Defendants*. | Case No. 8:25-cv-03777 |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction, and all opposition and replies thereto, and for the reasons stated, the Court hereby finds that Plaintiffs are likely to succeed on the merits of their claims that the August 2025 rule of the United States Citizenship and Immigration Services (USCIS), which prevents Plaintiffs from engaging in voter registration at administrative naturalization ceremonies, violates the Administrative Procedure Act (APA) because it was unlawfully issued without notice and comment rulemaking, 5 U.S.C. § 706(2)(D), is arbitrary and capricious, *id.* at § 706(2)(A), and is contrary to Plaintiffs' constitutional rights, *id.* at § 706(2)(B). Plaintiffs are also substantially likely to succeed on their claims that the challenged rule violates their First Amendment's guarantees of free speech and freedom of association.

The Court hereby ORDERS as follows:

1. The effective date of the challenged rule is STAYED pursuant to 5 U.S.C. § 705 pending final resolution of Plaintiffs claims by this Court.

2. Plaintiffs' motion is for preliminary injunctive relief GRANTED.

3. Defendant USCIS, Defendant Joseph Edlow, Defendant United States Department of Homeland Security, and Defendant Kristi Noem are ORDERED to take no steps to enforce the challenged rule which prevents Plaintiffs from engaging in voter registration at administrative naturalization ceremonies.

4. This order has a binding effect on Defendants and their officers, agents, servants, employees, and attorneys—and others in active concert or participation with any of them—who receive actual notice of the injunction by personal service or otherwise.

Dated: _____

_____
The Honorable Adam B. Abelson
United States District Judge