# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LEAGUE OF WOMEN VOTERS OF
THE UNITED STATES*, et al.*,

    *Plaintiffs*,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATIONS SERVICES, *et al.*,

    *Defendants.*

Civil Action No. 25-cv-3777-ABA

## ORDER

As stated at the conclusion of yesterday's motions hearing, the government is directed to file a status report **on or before March 25, 2026** (1) indicating whether there is any administrative record relevant to Plaintiffs' APA claims and (2) if there is a relevant administrative record, stating by when it can be compiled and produced (but in any event it shall be produced no later than April 15, 2026).

Date:  March 18, 2026

                              **/s/**
                         Adam B. Abelson
                         United States District Judge