**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATIONS SERVICES, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-3777-ABA |

**ORDER**

Upon consideration of Plaintiffs' motions for preliminary injunction (Case No. 25-cv-3675, ECF No. 20; Case No. 25-cv-3777, ECF No. 21), Defendants' motion to dismiss (ECF No. 33), all accompanying response, reply, and supplemental briefs and the Court having held a hearing on March 17, 2026, and for the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS as follows:

1.  Plaintiffs' motion for a preliminary injunction or, in the alternative, for a stay under 5 U.S.C. § 705 (Case No. 25-cv-3675, ECF No. 20; Case No. 25-cv-3777, ECF No. 21), construed as a motion for a stay under 5 U.S.C. § 705, is GRANTED;

2.  Defendants' motion to dismiss (ECF No. 33) is GRANTED IN PART and DENIED IN PART;

    a.  Count II of Case No. 25-cv-3675 is DISMISSED WITHOUT PREJUDICE;

b. The motion is otherwise denied;

3. The effective date of USCIS, PA-2025-21 (Aug. 29, 2025) and the corresponding update to the USCIS Policy Manual are STAYED pursuant to 5 U.S.C. § 705 pending a final ruling on the merits of this case;

4. The USCIS Policy Manual effective on June 28, 2017 is hereby REINSTATED pending final resolution of this case; and

5. Within fourteen (14) days of this Order, the parties shall file a joint status report indicating their positions on deadlines for discovery and dispositive motions.

Date:  August 3, 2026

_____/s/_____
Adam B. Abelson
United States District Judge