**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-03777-ABA |
| NATIONAL COUNCIL OF JEWISH WOMEN, GREATER NEW ORLEANS SECTION,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-03675-ABA |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in accordance with the Order entered on August 18, 2026, directing the parties "to file a subsequent joint status report on August 31, 2026." ECF No. 64. The parties submit the following status updates:

1. USCIS represents that on August 31, 2026, USCIS rescinded the policy issued on August 29, 2025, *Voter Registration at Administrative Naturalization Ceremonies*, PA-2025-21, and reinstated the prior policy that permits nonprofit and nonpartisan non-governmental organizations to participate in administrative naturalization ceremonies. *See* Exhibit 1. Plaintiffs

are reviewing the relevant materials and reserve the right to raise any issues regarding compliance with this Court's order.

2. The parties agree to a 30-day extension to discuss a potential final resolution of this case and will file a subsequent status report on September 30, 2026, regarding further developments.

Dated: August 31, 2026

Respectfully submitted,

*<u>/s/ Bruce V. Spiva</u>*
Bruce V. Spiva (D. MD. Bar No. 17523)
Danielle Lang*
Anna Baldwin*
Alexandra Copper*
Valencia Richardson*
Renata O'Donnell*
Rachel Appel*
Daniel Brophy*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400 Washington, D.C. 20005
(202) 736-2200
bspiva@campaignlegalcenter.org
dlang@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
acopper@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
rappel@campaignlegalcenter.org
dbrophy@campaignlegalcenter.org
* *Admitted pro hac vice*

*Attorneys for the League of Women Voters Plaintiffs*

*<u>/s/ Aria C. Branch</u>*
ELIAS LAW GROUP LLP
Aria C. Branch (D. Md. Bar No. 32280)
Katie Chamblee-Ryan*
Lucas Lallinger*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*<u>/s/ Richard C. Giles</u>*
Richard C. Giles
Trial Attorney (WY Bar No. 8-7222)
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St., NW, Room 11404
Washington, D.C. 20530
(202) 616-8482
Richard.C.Giles@usdoj.gov

*Counsel for Defendants*

T: (202) 968-4652
abranch@elias.law
kchambleeryan@elias.law
llallinger@elias.law
** Admitted pro hac vice*

*Attorneys for the NCJW Plaintiffs*