# EXHIBIT 1

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

U.S. Citizenship and Immigration Services

August 31, 2026 PA-2026-11

# Policy Alert

SUBJECT: Non-Governmental, Nonpartisan Organization Voter Registration Services at Administrative Naturalization Ceremonies

## Purpose

U.S. Citizenship and Immigration Services (USCIS) is rescinding the August 29, 2025 policy, *Voter Registration at Administrative Naturalization Ceremonies*, PA-2025-21, and reinstating policy guidance in the USCIS Policy Manual to permit nonprofit and nonpartisan non-governmental organizations to participate in administrative naturalization ceremonies. Such organizations may participate by distributing and collecting voter registration applications and officially registering new citizens to vote immediately following the ceremony, when state and local election offices are not available to do so.

## Background

On August 3, 2026, the U.S. District Court for the District of Maryland stayed the implementation of the 2025 USCIS policy on voter registration at administrative naturalization ceremonies (PA-2025-21)[1] pending final resolution of a legal challenge to the policy.[2] The District Court also ordered USCIS to reinstate the relevant sections of the USCIS Policy Manual that were in effect on June 28, 2017.[3] On August 12, 2026, USCIS issued a policy alert temporarily reverting to the June 28, 2017 policy guidance on non-governmental organization participation in administrative naturalization ceremonies, consistent with the court order.[4]

This update rescinds the 2025 policy (PA-2025-01) and reinstates the policy to permit nonprofit and nonpartisan non-governmental organizations to participate in administrative naturalization ceremonies by distributing and collecting voter registration applications and officially registering new citizens to vote following the ceremony, when state and local election offices are not available to do so.

This guidance, contained in Volume 12 of the Policy Manual, is effective immediately. The guidance contained in the Policy Manual is controlling and supersedes any related prior guidance.

---

[1] See Voter Registration at Administrative Naturalization Ceremonies, PA-2025-21, issued August 29, 2025.
[2] See *League of Women Voters v. USCIS*, No. 25-cv-3777 (D. Md. Aug. 3, 2026).
[3] See Administrative Naturalization Ceremonies, PA-2017-02, June 28, 2017.
[4] See Participation of Non-Governmental Organizations at Administrative Naturalization Ceremonies, PA-2026-08, issued August 12, 2026.

**Policy Highlights**

- Permits non-governmental organizations to request to attend administrative naturalization ceremonies in order to provide "voter registration services."

- Clarifies activities considered acceptable "voter registration services," including distribution, review, and assistance in completing voter registration forms.

- Provides that non-governmental organizations must submit requests to provide voter registration services in writing to local USCIS offices at least 60 days prior to any event.

- Reaffirms that non-governmental organizations may not alter completed voter registration materials in any manner, nor collect or retain personal information of those who sign up for voter registration at naturalization ceremonies.

- Provides that a non-governmental organization that fails to comply with requirements may have their participation revoked.

**Summary of Changes**

Affected Section: Volume 12 > Part J > Chapter 5, Administrative Naturalization Ceremonies

- Removes alert boxes above Section F (Voter Registration After Naturalization Ceremonies) and Section H (Participation of Volunteers and Civic Organizations).

**Citation**

Volume 12: Citizenship and Naturalization, Part J, Oath of Allegiance, Chapter 5, Administrative Naturalization Ceremonies [12 USCIS-PM J.5].